JACOB R. SCHIFF, Plaintiff, *v.* TURNPIKE ESTATES, INC., Respondent, Impleaded with Others, ALBERT BONYNGE, as Referee, Appellant.

Submitted February 27, 1942; decided April 16, 1942.

*John F. X. Finn* and *Albert Bonynge,* in person, for appellant.
*George Weisbrod* and *Leon Glaser* for respondent.

Appeal dismissed, with costs, on the ground that the order does not finally determine the action or special proceeding within the meaning of the Constitution. No opinion.

Concur: LEHMAN, Ch. J. LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.